2:03cv438-F

Hazel vs Jack Ingram Motors

Doc # 27 - is Stricken from the Docket